# Chapter 13 Plan

Case No.: _____

Debtor(s): Murry Lee Campbell     SSN#: XXX-XX-3006     Net Monthly Earnings:
           Gwendolyn Ann Campbell     SSN#: XXX-XX-1559     Number of Dependents: 0

## I. Plan Payments:

(X) Debtor(s) propose to pay a periodic payment of $535 ( ) weekly ( )biweekly ( )semi-monthly (X) monthly into the plan; or

( ) Payroll deduction Order: To for $ ( ) weekly ( ) biweekly ( )semimonthly ( )monthly.

Length of plan is approximately 60 months, and the total debt to be paid through the plan is approximately $32,058

## II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:

A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See 1322(a)(2)]

The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULE AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| None | | | |

B. Total Attorney Fee: $3,000; $0.00 paid pre-petition; $1,350 to be paid at confirmation and $200 per month

C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with 5% interest in deferred cash payments as follows:

1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of regular payment to be paid BY DEBTOR | Regular Payments to begin: Month/Year | Arrears to be paid by Trustee | Months included in arrearage amount | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| None | | | | | | | |

2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposes Interest Rate | Proposed Fixed Payment | Fixed Payment to begin |
|---|---|---|---|---|---|---|---|---|
| Capital Recovery Group | $20 | $5,648.18 | $2,000 | $3,648.18 | 1996 Honda Rancher 4-Wheeler | 5% | $109.82 | After Confirmation |
| Credit Acceptance | $40 | $4,728 | $4,000 | $728 | 2001 Cadillac Deville | 5% | $81.67 | After Confirmation |
| Speedy Cash | N/A | $4,000 | $5,000 | $0.00 | 2007 Ford F150 | 5% | $77.78 | After Confirmation |

## III. Other debts (not shown in 1 or 2 above) which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| Aaron's | $960 | $150 | Television and dryer | Lease assumption |

## IV. Special Provisions:

     (X) This is an original plan.
     ( ) This is an amended Plan replacing Plan dated:
     (X) This plan proposes to pay unsecured creditors 100%
     **Other Provisions**:

(1) Debtors propose to pay all secured and priority creditors over 58 months.

(2) Debtors assume the executory contract with Aaron's and will make direct payments per the contract.

The Law Firm of Eric M. Wilson      8-18-2015      *Murry Lee Campbell*
1902 8th Street                                  Date                Signature of Debtor
Tuscaloosa, AL 35401
(205) 349-1280                                 8-18-15         *Gwendolyn Ann Campbell*